■ In the Matter of HECTOR M. ROMAN, JR. (Admitted as HECTOR MANUEL ROMAN, JR.), a Suspended Attorney. [934 NYS2d 870]—

Ordered that, effective immediately, Hector Manuel Roman, Jr., is reinstated as an attorney and counselor-at-law and the Clerk of the Court is directed to restore the name of Hector Manuel Roman, Jr., to the roll of attorneys and counselors-at-law. Mastro, A.P.J., Rivera, Dillon, Angiolillo and Florio, JJ., concur.